# UNITED STATES COURT OF INTERNATIONAL TRADE

## BEFORE: STEPHEN ALEXANDER VADEN, JUDGE

|  |  |
|---|---|
| INCASE DESIGN CORP., : | |
| : | |
| Plaintiff, : | |
| v. : | Court Nos. 16-00267 |
| : | 18-00090 |
| UNITED STATES, : | |
| : | |
| Defendant. : | |

## ORDER

On consideration of Plaintiff's consent motion to consolidate *Incase Design Corp. v. United States*, Court No. 16-00267 and *Incase Design Corp. v. United States*, Court No. 18-00090, and for good cause shown, it is –

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that *Incase Design Corp. v. United States*, Court No. 18-00090 is consolidated into *Incase Design Corp. v. United States*, now known as *Incase Design Corp. v. United States*, Consolidated Court No. 16-00267.

.

_____
Stephen Alexander Vaden, Judge

Dated: February \_\_, 2022
        New York, New York

# UNITED STATES COURT OF INTERNATIONAL TRADE

## BEFORE: STEPHEN ALEXANDER VADEN, JUDGE

|  |  |
|---|---|
| INCASE DESIGN CORP., | : |
| Plaintiff, | : |
| v. | : Court Nos. 16-00267 |
|  | : 18-00090 |
| UNITED STATES, | : |
| Defendant. | : |

## CONSENT MOTION TO CONSOLIDATE

In response to the Court's inquiry, and pursuant to Rule 42(a) of the Rules of the U.S. Court of International Trade ("CIT"), the Plaintiff in the above-captioned actions respectfully requests that the Court consolidate *Incase Design Corp. v. United States*, Court No. 16-00267 and *Incase Design Corp. v. United States*, Court No. 18-00090. The parties have conferred and counsel for defendant has consented to this motion to consolidate.

Good cause exists for this motion. The two referenced cases concern the proper classification of sports armband cell phone holders ("armbands"). The armbands were classified at liquidation as other cases other under subheading 4202.99.90, HTSUS, at 20% *ad valorem*. Plaintiff asserts that the armbands are correctly classifiable under subheading 3926.90.99, HTSUS, based upon their material fabrication, which is predominately plastic. Accordingly, these actions "involve a common question of law or fact." CIT Rule 42(a).

Furthermore, both cases have been assigned to the Honorable Stephen Alexander Vaden, and consolidation would, consistent with CIT Rule 1, promote administrative and judicial

#

efficiency of this Court.

WHEREFORE, we respectfully request that the Court consolidate *Incase Design Corp. v. United States*, Court No. 18-00090 into *Incase Design Corp. v. United States*, Court No. 16-00267.

Respectfully submitted,

GRUNFELD, DESIDERIO,
LEBOWITZ, SILVERMAN &
KLESTADT LLP
599 Lexington Avenue
36th Floor
New York, New York 10022
Tel.: (212) 557-4000

Dated:  New York, New York
February 8, 2022

Attorneys for Plaintiff

By:  \_/s/ Robert F. Seely_____

\#

11466387\_1