UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| INCASE DESIGN CORP., <br><br>      *Plaintiff*, <br><br> v. <br><br> UNITED STATES, <br><br>      *Defendant*. | Before: Stephen Alexander Vaden, Judge <br><br> Court Nos. 1:16-cv-00267 <br>               1:18-cv-00090 |

## ORDER

On consideration of the Plaintiff's Consent Motion to Consolidate *Incase Design Corp. v. United States*, Court No. 16-00267, and *Incase Design Corp. v. United States*, Court No. 18-00090, as well as the Proposed Scheduling Order filed by the parties pursuant to Rule 56.2 of the Rules of this Court, and on consideration of all other papers and proceedings herein, it is hereby:

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that *Incase Design Corp. v. United States*, Case No. 18-00090, is consolidated into *Incase Design Corp. v. United States*, Case No. 16-00267, now known as *Incase Design Corp. v. United States*, Consolidated Case No. 16-00267.  All future filings by the parties shall be made in Consolidated Case No. 16-00267 and thereby be deemed filed in both cases, and it is further

**ORDERED** that this consolidated action shall proceed in accordance with the schedule set forth below:

1. Disclosure required by Rule 26(a)(1) shall be completed by March 30, 2022.
2. Any motions regarding the pleadings or other preliminary matters shall be filed by April 29, 2022.

Court No. 1:16-cv-00267                                                                                          Page 2

3. Fact discovery shall be completed by November 1, 2022.

4. Any motions regarding fact discovery shall be filed by November 18, 2022.

5. Deadline for the designation of experts and providing the reports of the same is December 15, 2022.

6. Expert rebuttal reports, if any, shall be filed by January 17, 2023.

7. Expert witness depositions, if any, shall be completed by February 3, 2023.

8. Dispositive motions, if any, shall be filed by April 7, 2023.  A brief in response to a dispositive motion may include a dispositive cross-motion.

9. If no dispositive motions are filed, a request for trial shall be filed no later than May 8, 2023, and shall be accompanied by a proposed Order Governing Preparation for Trial (prepared in consultation with opposing counsel) and submitted in the standard format provided by the Court.

10. If necessary, trial shall begin at a time and place ordered by the Court.

The Court thanks the parties for working together to promote the interests of judicial efficiency.  Further, counsel for all parties are reminded that the Court takes Scheduling Orders seriously as well as the good cause standard to modify them.

/s/     Stephen Alexander Vaden
Stephen Alexander Vaden, Judge

Dated: February 8, 2022
         New York, New York