| | |
|---|---|
| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 8 |

|  |  |
|---|---|
| INCASE DESIGN CORP.  <br>  <br> Plaintiff,  <br>  <br> v.  <br>  <br> UNITED STATES,  <br>  <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Consol. Court No. 16-00267 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: October 28, 2022

Respectfully submitted,

| | |
|---|---|
| /s/ Heather Litman <br> Heather Litman <br> GRUNFELD, DESIDERIO, LEBOWITZ <br> SILVERMAN & KLESTADT LLP <br> 707 Wilshire Blvd., Suite 4150 <br> Los Angeles, CA 90017 <br> Tel. (213) 624-1970 <br> HLitman@gdlsk.com <br><br> Attorneys for Plaintiff | BRIAN M. BOYNTON <br> Principal Deputy Assistant Attorney General <br><br> PATRICIA M. McCARTHY <br> Director <br><br> JUSTIN R. MILLER <br> Attorney-In-Charge <br><br> ELISA SOLOMON <br> *Digitally signed by ELISA SOLOMON* <br> *Date: 2022.10.28 17:33:39 -04'00'* <br> ELISA S. SOLOMON <br> Trial Attorney <br> Department of Justice Civil Division <br> Commercial Litigation Branch <br> 26 Federal Plaza - Suite 346 <br> New York, New York 10278 <br> (212) 264-0583 <br><br> Attorneys for Defendant |

Schedule to Stipulation of Dismissal

| Court Number | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 16-00267 | Incase Design Corp. | 2720-16-100406<br>2720-16-100458<br>2720-16-100781 | 300-5030998-7<br>300-5030996-1<br>300-5030571-2<br>300-5030192-7<br>300-5031699-0<br>300-5031884-8<br>300-5036460-2<br>300-5036071-7<br>300-5036532-8 |
| 18-00090 | Incase Design Corp. | 3901-17-1011079 | 300-5743181-8<br>300-5743182-6 |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated:   November 2, 2022

                                    Clerk, U. S. Court of International Trade

                                    By:   /s/ Jason Chien
                                                 Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)